In the Matter of the Claim of JOHN HARLEY, Respondent, v. WALSH CONSTRUCTION COMPANY et al., Respondents, and SPECIAL FUND FOR REOPENED CASES et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.—

618

Gibson, J. P., Herlihy, Reynolds and Taylor, JJ., concur.